IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:09cr25-SPM/AK

ALFREDO PEREZ,

    Defendant.

_____/

## ORDER AFFIRMING DETENTION

This cause comes before the Court on Defendant's Motion for Revocation and Review of Magistrate Judge's Order. Doc. 68. Review of a detention order is authorized under Title 18, United States Code, Section 3145(b).

In the motion, Defendant argues that the magistrate judge reached the wrong conclusion about his risk of flight and danger to the community. I have carefully reviewed the record in this case and make a de novo determination that detention is appropriate.

Defendant is subject to the rebuttal presumption that no condition or combination of conditions will reasonably assure his appearance and the safety of the community. 18 U.S.C. § 3142(e)(3)(A). Although Defendant explains that large sums of cash deposited into his bank accounts are consistent with his

$18,000 a year income as a self-employed mechanic, reasonable concerns remain that he has access to proceeds of illegal activity to facilitate his flight. Furthermore, the drug conspiracy charged involves three grow house operations and approximately 300 marijuana plants. The size and scope of the offense exacerbates the danger Defendant poses to the community.

The Court adopts the findings of the magistrate judge and, upon de novo review, finds that Defendant's detention is appropriate. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's Motion for Motion for Revocation and Review of Magistrate Judge's Order (doc. 68) is denied.

2. Defendant shall remain in detention as previously ordered.

DONE AND ORDERED this 26th day of October, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge